

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 22 PM 3:53

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOBIL OIL EXPLORATION & )<br>PRODUCING SOUTHEAST, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. **05-3101**<br><br>**SECT. B MAG. 3** |

JOINT STIPULATION OF SETTLEMENT AND
<u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Plaintiff, the United States of America ("United States"), by authority of the Attorney General of the United States and through the undersigned attorneys, on behalf of the United States Coast Guard ("Coast Guard"), has filed a complaint simultaneously with the filing of this Stipulation of Settlement and Order.

The United States filed its Complaint pursuant to the Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. § 2701 <u>et</u> <u>seq.</u>, against Defendant Mobil Oil Exploration & Producing Southeast, Inc. ("MOEPSI") seeking the recovery of removal costs incurred by the United States Coast Guard pursuant to OPA arising from the substantial threat of a discharge of oil, into or upon the navigable waters of the United States.

Page 1 of 7

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

The Parties agree that it is in their respective best interests and the public's interest to resolve this matter without further expense and litigation.

The Parties by their respective undersigned attorneys and/or representatives, stipulate and agree as follows:

1. In settlement of the United States' claims alleged in the complaint filed in this action, MOEPSI shall pay the United States' removal costs in the amount of One Hundred Thousand dollars ($100,000.00), within thirty (30) calendar days of the date this Joint Stipulation of Settlement and Order of Dismissal with Prejudice ("Stipulation of Settlement") is entered by the Court.

2. Payment of the sum required by Paragraph 1 shall resolve all the civil claims of the United States against Defendant MOEPSI for recovery of removal costs incurred in the removal actions that are the subject of the United States' Complaint. The United States reserves all rights and remedies, legal and equitable, available to enforce the provisions of this Stipulation of Settlement.

3. MOEPSI shall make the above referenced payment by FedWire Electronic Funds Transfer ("EFT" or wire transfer) to the United States Department of Justice account in accordance with current electronic funds transfer procedures, referencing U.S.A.O. file number 2005V00256 and DOJ Case No. 90-5-1-1-08220. Payment shall be made in accordance with instructions provided to MOEPSI by the Financial Litigation Unit of the United States Attorney's Office for the Eastern District of Louisiana. Any payments received by the Department of Justice after 4:00 P.M. (Central Time) will be credited on the next business day. Upon payment of the sum required by Paragraph 1 of this Stipulation of Settlement, MOEPSI shall simultaneously provide written notice that such payment was made to:

    A.    UNITED STATES COAST GUARD:
Mr. Steve Ewart
National Pollution Funds Center
4200 Wilson Blvd., Suite 1000
Arlington, VA 22203-1804

    B.    DEPARTMENT OF JUSTICE:
Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
DOJ No. 90-5-1-1-08220

4. If payment is not made when due, Interest shall accrue at the statutory interest rate in accordance with 28 U.S.C. § 1961, on any amount overdue. If Interest is due, MOEPSI shall submit a statement with the payment to the Financial Litigation Unit of the United States Attorney's Office for the Eastern District of Louisiana setting forth the calculation of Interest due. Personnel from the United States Attorney's Office, Financial Litigation Unit will advise MOEPSI in the event such calculation requires adjustment.

5. In the event that MOEPSI fail to pay the amount specified in Paragraph 1 when due, then, in addition to the Interest required by Paragraph 4 of this Stipulation of Settlement, MOEPSI shall pay a Stipulated Penalty of One Thousand Dollars ($1,000) per day for each day that payment is not paid in full.

6. If Stipulated Penalties are due, MOEPSI shall pay same either by (a) certified or cashier's check if less than $50,000, or (b) Electronic Funds Transfer ("EFT"), in accordance with instructions provided by the United States Attorney's Office for the Eastern District of Louisiana, if more than $50,000. Payments made by certified or cashier's check shall be payable to "Treasurer, the United States of America" and tendered to the United States Attorney's Office, for the Eastern District of Louisiana, 501 Magazine Street, New Orleans, Louisiana, 70130.

7. MOEPSI shall be liable for attorneys' fees and costs incurred by the United States in collecting any amounts not paid when due under this Stipulation of Settlement.

8. If payment is not made when due, the United States reserves the right to move this Court to vacate this Stipulation of Settlement and reinstate this action, *provided said motion is filed within a reasonable period after non-payment. dy*

9. Upon entry of this Stipulation of Settlement, the United States shall be deemed a judgment creditor for purposes of collection of the removal costs, Interest and Stipulated Penalties, if any, and enforcement of this Stipulation of Settlement in accordance with Rule 69 of the Federal Rules of Civil Procedure, the Federal Debt Collection Procedure Act, 28 U.S.C. §§ 3001-3308, and other applicable authority.

10. This Stipulation of Settlement is limited to the civil claims under OPA, as alleged in the Complaint, and is not intended to, nor shall be construed to, operate in any way to resolve any civil claims other than those set forth in the Complaint or any criminal liability of MOEPSI.

11. Nothing in this Stipulation of Settlement shall be construed to release MOEPSI or their agents, successors, or assigns from their respective obligations to comply with any applicable Federal, State, or local law, regulation, or permit. Except as specifically provided in Paragraph 2, nothing contained herein shall be construed to prevent or limit the United States' rights to obtain costs, penalties or injunctive relief under OPA or other Federal statutes or regulations for other alleged violations except for those violations alleged in the Complaint.

12. Execution of this Stipulation of Settlement does not constitute an admission or acknowledgment of any fact, conclusion of law, or liability by MOEPSI and shall not be binding on the parties in future proceeding relating to any claims not herein settled.

13. The Court shall retain jurisdiction over this matter for the purpose of interpreting and enforcing this Stipulation of Settlement *for a reasonable period of time. dy*

14. There are no separate agreements or understandings with respect to this matter which have not been set forth in this Stipulation of Settlement.

15. Except as set forth in Paragraph 7 of this Stipulation of Settlement, each party shall bear its own costs and attorney's fees in this action.

16. The undersigned representatives of MOEPSI, and the Deputy Chief, Environmental Enforcement Section, Environment and Natural Resources Division, U.S. Department of Justice, certify that each is fully authorized to enter into the terms and conditions of this Stipulation of Settlement and to legally bind the party she or he represents to this document.

17. If for any reason the Court should decline to enter this Stipulation of Settlement, this Agreement is voidable at the sole discretion of any party and the terms of the agreement may not be used as evidence in any litigation between the Parties.

18. MOEPSI consents to the entry of this Stipulated Settlement and Order of Dismissal with Prejudice without further notice.

As stipulated and agreed to by the parties, IT IS SO ORDERED AND ENTERED this _27th_ day of _July_, 2005.

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA

THE UNDERSIGNED PARTIES enter into this JOINT STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL WITH PREJUDICE in the matter of United States v. Mobil Oil Exploration and Producing Southeast, Inc., in the Eastern District of Louisiana.

FOR THE UNITED STATES OF AMERICA:

Dated: 7/14/05

CATHERINE R. McCABE
Deputy Chief
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice

Dated: 7/5/05

SEAN C. FAHEY
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-3145

JAMES LETTEN
United States Attorney

MARGARET GROOME
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Louisiana
500 Poydras Street, RM B210
New Orleans, Louisiana 70130
(504) 680-3071

THE UNDERSIGNED PARTIES enter into this JOINT STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL WITH PREJUDICE in the matter of United States v. Mobil Oil Exploration and Producing Southeast, Inc., in the Eastern District of Louisiana.

FOR DEFENDANT MOEPSI:

Dated: 6/28/05

BRIAN A. JACKSON (Bar #16980)
Liskow & Lewis
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been forwarded to all council of record in this proceeding by placing the same in the United States mail, properly addresses and postage prepaid, this days of July 21, 2005.

*Sean Carroll Fahey*

SEAN C. FAHEY
Tria Attorney
United States Department of Justice
Environment and Natural Resources Division